# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

―――――――――――――――

**No. 201600366**

―――――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## XAVIER J. RICHARDSON
Corporal (E-4), U.S. Marine Corps
Appellant

―――――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel David M. Jones, USMC.
Convening Authority: Commanding General, 2d MAW, II Marine
Expeditionary Force, Cherry Point, NC.
Staff Judge Advocate's Recommendation: Colonel John M. Henry,
USMC.
For Appellant: Lieutenant Rachel E. Weidemann, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――――

Decided 21 March 2017

―――――――――――――――

Before MARKS, CAMPBELL, and FULTON, *Appellate Military Judges*

―――――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court